BESSIE E. ARNOLD, Appellant, v. RAY H. ARNOLD, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of directing that defendant pay to the plaintiff the sum of $2,500, said amount to cover both counsel fee and the expenses and disbursements of the appeal from order of February 13, 1930. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ANNA H. DEMIANOFF, Appellant, v. JAMES DEGNAN, Respondent.— Order reversed and motion granted, and the case restored forthwith to the day calendar for trial, on condition that plaintiff within ten days after service of order pay a full bill of costs to date including motion costs on the motion to restore, without costs to either party of appeal. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SIMEON GOODELMAN, Appellant, v. NEVE DRUG STORES, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARY HYDE PYNCHON, Appellant, v. GEORGE M. PYNCHON and Others, Respondents.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PHILIPP SCHELLER and Another, Respondents, v. NATHAN GINSBERG, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

COHEN BROS. MFG. CO., INC., Respondent, v. AMERICAN BEMBERG CORPORATION, Appellant.— Order modified by requiring the production of only such books and papers as are within the State of New York and which may be of service in refreshing the recollection of the defendant's officers sought to be examined, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MATHIAS RIESTER, Respondent, v. ANNA C. UIHLEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MATHIAS RIESTER, Respondent, v. ANNA C. UIHLEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of Moscow FIRE INSURANCE COMPANY OF Moscow, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of HENRY F. LESCH.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of Moscow FIRE INSURANCE COMPANY OF Moscow, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of DANIEL A. DORSEY.— Order